1

2

EVERSHEDS SUTHERLAND (US) LLP
Ian S. Shelton (SBN 264863)
ianshelton@eversheds-sutherland.com
500 Capitol Mall, Suite 1750
Sacramento, CA 95814
Telephone:     (916) 245-7427
Facsimile:     (916) 241-0501

3

4

5

6

*Attorneys for Defendant Cognizant Technology
Solutions, U.S. Corporation*

7

8

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

9

10

AVA NAEINI, an individual,

11

Plaintiff,

12

vs.

13

COGNIZANT TECHNOLOGY SOLUTIONS
U.S. CORPORATION, a Delaware Corporation,
and DOES 1 through 100, Inclusive,

14

15

16

Defendants.

17

**CASE NO.** _____

**NOTICE OF REMOVAL BY
DEFENDANT COGNIZANT
TECHNOLOGY SOLUTIONS U.S.
CORPORATION**

(Removed from the Superior Court of the
State of California, County of Los Angeles,
Case No. 23-STCV-17604)

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF REMOVAL

1    Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Cognizant Technology

2  Solutions U.S. Corporation ("Cognizant" or "Defendant") gives notice of removal of the action

3  captioned *Ava Naeini v. Cognizant Technology Solutions U.S. Corporation, a Delaware*

4  *Corporation, and Does 1-100, Inclusive*, Case No. 23-STCV-17604, on the docket of the Superior

5  Court of the State of California, County of Los Angeles, Central District ("California Action).

6  Plaintiff Ava Naeini ("Naeini" or "Plaintiff"), filed her complaint in the California Action on July

7  26, 2023 ("California Complaint"). Cognizant received service of the California Complaint on July

8  28, 2023. The present notice of removal is supported by the Declaration of Jessica Watts ("Watts

9  Decl."). In support of this removal, Cognizant states as follows:

10                                **FACTUAL BACKGROUND**

11    1.    Plaintiff filed the California Complaint against Cognizant on or about July 26,

12  2023. *See* Ex. 1, California Complaint.

13    2.    Plaintiff served Cognizant on July 28, 2023. *See* Ex. 9, State Court Pleadings

14  including Proof of Service of the California Complaint; *see also*, Watts Decl. at ¶ 6.

15    3.    Plaintiff is a resident of Los Angeles County in the State of California. *See*

16  California Complaint at ¶ 8.

17    4.    Cognizant is incorporated under the laws of the state of Delaware. Watts Decl. at ¶

18  3. Cognizant's principal place of business is in College Station, Texas because that is where its

19  corporate headquarters is located, and its executive functions, including day-to-day decision

20  making for Cognizant, are performed there. Watts Decl. at ¶ 4.

21    5.    Plaintiff alleges that she was hired on May 31, 2022 by Cognizant as a senior

22  associate for a technical opportunity with Credit Suisse. California Complaint at ¶ 10.

23    6.    Plaintiff alleges her employment was terminated on July 29, 2023, for no grounds

24  or basis other than inference or conflict of interest for failure to disclose her personal business

25  operations ("Pulse") at the time she acquired employment with Cognizant. California Complaint

26  at ¶ 26.

27    7.    Plaintiff alleges she was felt abused and defamed, and being slandered simply

28  because she was a passionate, entrepreneurial inventor. California Complaint at ¶ 27. Plaintiff

1  further alleges her abuse continued by Cognizant reporting her to the EDD for improper conduct

2  and lying of verbal and written warning, thereby causing the EDD to deny her unemployment

3  claim. California Complaint at ¶ 28.

4     8.    Plaintiff alleges four causes of action against Cognizant: (1) defamation; (2)

5  defamation per se; (3) defamation per quod; and (4) false light. California Complaint at ¶¶ 32-68.

6     9.    Plaintiff alleges that as a result of the defamatory statements and alleged

7  reputational harm caused by agents, representatives and employees of Cognizant, she has not been

8  able to find comparable work since leaving Cognizant. California Complaint at ¶¶ 32-68.

9     10.   Plaintiff seeks the following damages related to her allegations in the California

10 Complaint:

11        a.   For general damages in the sum of according to proof.

12        b.   For punitive damages according to proof.

13        c.   For costs of suit herein incurred.

14        d.   For such other and further relief as the court may deem proper.

15        e.   For three years of full Salary amount as well as punitive damages in the amount

16             of $120,000 for damaging her reputation, career, misinformation and ruining

17             growth opportunities.

18 *See* California Complaint "Prayer for Relief" at p. 20.

19     11.   Cognizant vehemently denies all allegations in Plaintiff's California Complaint and

20 seeks removal pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.

21                    **GROUNDS FOR REMOVAL**

22     12.   This case is removable because there is complete diversity between the parties and

23 the amount in controversy exceeds $75,000. *See* 28 U.S.C. §§ 1332(a) and 1441(b).

24 **A.   Complete Diversity Exists**

25     13.   In accordance with 28 U.S.C. § 1332(a), there is complete diversity between the

26 parties. At the time of filing the California Action on July 26, 2023, Plaintiff was a California

27 citizen. *See* California Complaint at ¶ 8. At the time of filing the California Action on July 26,

28 2023, Defendant Cognizant was a Delaware Corporation with its principal place of business is in

1  College Station, Texas because that is where its corporate headquarters is located, and its executive

2  and administrative functions, including day-to-day decision making for Cognizant, are performed

3  there. *See* California Complaint at ¶ 2; *see also* Watts Decl. at ¶ 4. Upon information and belief,

4  Plaintiff's citizenship remained the same from the time of filing to the time of removal.

5  Cognizant's citizenship remained the same from the time of filing to the time of removal.

6  Accordingly, complete diversity of citizenship between the parties existed at the time of filing and

7  the time of removal.

8  **B.  Amount in Controversy Exceeds $75,000**

9  14.  Plaintiff seeks specific monetary amount of damages in the amount for "three years

10  of full Salary amount." *See* California Complaint "Prayer for Relief" at p. 20. Plaintiff further

11  seeks punitive damages in the amount of $120,000. *Id.* Plaintiff's current annual compensation

12  was approximately $105,000. *See* California Complaint ¶ 10. Therefore, the amount in controversy

13  in the California Action far exceeds the sum or value of $75,000 exclusive of interest or costs. 28

14  U.S.C. § 1332(a).

15  **C.  Removal was Timely**

16  15.  28 U.S.C. § 1446 (b)(1) provides: "The notice of removal of a civil action or

17  proceeding shall be filed within 30 days after the receipt by the defendant, through service or

18  otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action

19  or proceeding is based, or within 30 days after the service of summons upon the defendant if such

20  initial pleading has then been filed in court and is not required to be served on the defendant,

21  whichever period is shorter."

22  16.  As set for above, Plaintiff served Cognizant on July 28, 2023. Therefore,

23  Cognizant's Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b)(1).

24  **COMPLIANCE WITH REMOVAL STATUTE**

25  17.  Cognizant's Notice of Removal was properly filed in the United States District

26  Court for the Central District of California, because the Superior Court of the State of California,

27  County of Los Angeles, is located within the Central District of California. Venue for removal is,

28  therefore, proper because this is the "district and division embracing the place where such action

1 | is pending." 28 U.S.C. § 1441(a).

2 |     18.    Cognizant's Notice of Removal is signed pursuant to Rule 11 of the Federal Rules

3 | of Civil Procedure. 28 U.S.C. § 1446(a).

4 |     19.    Cognizant's Notice of Removal is timely under 28 U.S.C. § 1446(b)(1).

5 |     20.    Pursuant to 28 U.S.C. § 1446(a), attached hereto are copies of all process

6 | documents, pleadings and orders served on Cognizant by Plaintiff with respect to this action. The

7 | following chart reflects the exhibit numbers for the state court documents:

| Exhibit | Date | Document |
|---------|------|----------|
| 1 | July 26, 2023 | Complaint |
| 2 | July 26, 2023 | Civil Case Cover Sheet |
| 3 | July 26, 2023 | Alternate Dispute Resolution Packet |
| 4 | July 26, 2023 | First Amended General Order re: Mandatory Electronic Filing |
| 5 | July 26, 2023 | Voluntary Efficient Litigation Stipulation Packet |
| 6 | July 26, 2023 | Notice of Case Assignment - Unlimited Civil Case |
| 7 | July 27, 2023 | Order on Court Fee Waiver (Superior Court) |
| 8 | July 27, 2023 | Summons (on Complaint) |
| 9 | July 28, 2023 | Proof of Service of Summons |
| 10 | July 31, 2023 | Notice of Case Management Conference |

    21.    Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served upon Plaintiff and a copy, along with a Notice to Clerk of Removal, will be promptly filed with the Clerk of the Superior Court of the State of California, County of Los Angeles.

## **CONCLUSION**

    For the foregoing reasons, Cognizant respectfully requests that this Court exercise jurisdiction over this action and enter orders and grant relief as may be necessary to secure removal and to prevent further proceedings in this matter in the Superior Court of the State of California, County of Los Angeles.

1

2      DATED: August 28, 2023                    EVERSHEDS SUTHERLAND (US) LLP

3

4                                                By */s/ Ian S. Shelton*
                                                    Ian S. Shelton

5
                                                 *Attorneys for Defendant Cognizant Technology*
6                                                *Solutions, U.S. Corporation*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**PROOF OF SERVICE**

2          I certify that on August 28, 2023, I served the foregoing document via electronic mail and

3   U.S. mail to Plaintiff:

4   AVA NAEINI
    PLAINTIFF IN PRO PER
5   11420 Santa Monica Boulevard, Suite 252098
    Los Angeles, California 90025
6   avanaeini12@gmail.com

7

8

9          I declare under penalty of perjury of the laws of the United States that the foregoing is

10  true and correct.

11

12  DATED: August 28, 2023

13                                          By */s/ Ian S. Shelton*
                                               Ian S. Shelton
14

15                                          *Attorneys for Defendant Cognizant Technology*
                                            *Solutions, U.S. Corporation*
16

17

18

19

20

21

22

23

24

25

26

27

28